IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* TIMOTHY J. HARROLD II, | § § § | |
| *Plaintiff/Relator*, | § § | |
| v. | § § | |
| AEGIS THERAPIES, INC.; KNOX OPERATING LLC D/B/A GOLDEN LIVING CENTER – KNOX; LAPORTE OPERATING LLC D/B/A GOLDEN LIVING CENTER – LAPORTE; FOUNTAINVIEW LAPORTE OPERATING LLC D/B/A GOLDEN LIVING CENTER – FOUNTAINVIEW TERRACE; SPECTRA HEALTHCARE ALLIANCE V LLC; BRICKYARD LP; FILLMORE CAPITAL PARTNERS LLC, | § § § § § § § § § § § § § | CIVIL ACTION NO.  1:22-CV-00032 JUDGE MICHAEL J. TRUNCALE |
| *Defendants*. | § § | |

### ACKNOWLEDGEMENT OF PLAINTIFF-RELATOR'S NOTICE OF VOLUNTARY DISMISSAL

The Court has received Plaintiff-Relator's Notice of Voluntary Dismissal filed in the above-referenced matter. [Dkt. 26]. Plaintiff-Relator seeks a dismissal without prejudice of all claims filed in this action against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court hereby acknowledges that Plaintiff-Relator's claims filed against Defendants herein are **DISMISSED WITHOUT PREJUDICE**.

All Parties shall bear their own attorneys' fees and costs. All Court dates and deadlines are hereby **VACATED**, and all motions not previously ruled on are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this matter.

**SIGNED this 8th day of October, 2024.**

_____
Michael J. Truncale
United States District Judge