IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* TIMOTHY J. HARROLD II, <br><br>  *Plaintiff/Relator*, <br><br> v. <br><br> AEGIS THERAPIES, INC.; KNOX OPERATING LLC D/B/A GOLDEN LIVING CENTER – KNOX; LAPORTE OPERATING LLC D/B/A GOLDEN LIVING CENTER – LAPORTE; FOUNTAINVIEW LAPORTE OPERATING LLC D/B/A GOLDEN LIVING CENTER – FOUNTAINVIEW TERRACE; SPECTRA HEALTHCARE ALLIANCE V LLC; BRICKYARD LP; FILLMORE CAPITAL PARTNERS LLC, <br><br>  *Defendants*. | CIVIL ACTION NO. 1:22-CV-00032 <br> JUDGE MICHAEL J. TRUNCALE |

### ACKNOWLEDGEMENT OF THE UNITED STATES OF AMERICA'S NOTICE OF CONSENT TO RELATOR'S VOLUNTARY DISMISSAL

The Court has received the United States of America ("USA")'s Notice of Consent to Relator's Voluntary Dismissal. [Dkt. 28]. The Court previously acknowledged receipt of Relator's Notice of Voluntary Dismissal filed in the above-referenced matter. [Dkt. 26]. The Court has considered USA's notice of consent and hereby acknowledges receipt thereof. The Court notes this matter is **DISMISSED** in its entirety without prejudice to USA.

Further, except for this Order and USA's Notice of Election to Decline Intervention, which Relators will serve upon Defendants only after service of Relator's Complaint, all other contents of the Court's file in this matter shall remain under seal and not be made public or served upon Defendants. The seal is hereby lifted as to all other matters occurring in this action after the date of this Acknowledgement.

**SIGNED this 18th day of October, 2024.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge